**IN THE UNITED STATES BANKRUPTCY COURT
OF THE
WESTERN DISTRICT OF KENTUCKY**

| | |
|---|---|
| **In the Matter of**: } | |
| } | Case Number:  18-30568 |
| } | |
| Kevin Lee Richard } | Chapter 13 |
| } | |
| **Debtor** } | |

## SCHEDULE OF ALLOWED CLAIMS

    The Debtor, by counsel, states that the following claims have been duly proven and should be allowed as stated on the attached claims list and paid in accordance with the Order of Confirmation:

    (See attached Claims List).

    Respectfully submitted,

    O'BRYAN LAW OFFICES, P.S.C.
    1717 Alliant Avenue, Suite 17
    Louisville, Kentucky 40299
    (502) 339-0222

    /s/ Julie Ann O'Bryan
    Julie Ann O'Bryan

## CERTIFICATE OF SERVICE

    I hereby certify that the attached was served electronically to William W. Lawrence Chapter 13 Trustee, and the US Trustee, and a copy was mailed to the debtor on June 7, 2018.

| **CREDITOR** | **AMOUNT** |
|---|---|
| #1 Regency Finance Company<br>c/o David Deep Law Offices<br>P.O. Box 50<br>Henderson, KY 42419<br>*Treat as stated on the OC.* | $1,830.13 – Secured (4.5% interest)<br>Lien avoided upon plan completion |
| #2 Gateway One Lending & Finance<br>Acct No 9821<br>Attn: Bankruptcy<br>160 North Riverview Dr. Ste 100<br>Anaheim, CA 92808<br>*Treat as stated on the OC.* | $22,396.08 – Secured (4.5% interest) |
| #3 Physicians in Emergency Medicine<br>Acct No 9821<br>c/o Louisville Recovery Service<br>1939 Goldsmith Lane<br>Louisville, KY 40218<br>*Allow as Unsecured.* | $716.00 |
| #4 Kentucky Housing Corporation<br>Acct No 0470<br>1231 Louisville Road<br>Frankfort, KY 40601<br>*Treat as stated on the OC.* | To be paid directly except arrearage of $4,849.95 (no interest) |
| #5 Baptist Health Medical Group<br>Acct No 6038<br>c/o Credit Bureau Systems, Inc.<br>P.O. Box 9200<br>Paducah, KY 42002<br>*Allow as Unsecured.* | $434.84 |
| #6 Baptist Health Medical Group<br>Acct No 7920<br>c/o Credit Bureau Systems, Inc.<br>P.O. Box 9200<br>Paducah, KY 42002<br>*Allow as Unsecured.* | $68.66 |

#7 Norton Healthcare $106.96
Acct No 5004
by American InfoSource LP as agent
P.O. Box 248838
Oklahoma City, OK 73124
*Allow as Unsecured.*

#8 AT&T Mobility II, LLC $1,083.23
Acct No 9881
%AT&T Services, Inc.
Karen A. Cavagnaro Paralegal
One AT&T Way, Suite 3A104
Bedminster, NJ 07921
*Allow as Unsecured.*

#9 Directv, LLC $331.21
Acct No 2673
by American InfoSource LP as agent
P.O. Box 5008
Carol Stream, IL 60197
*Allow as Unsecured.*